IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Grand Jury Subpoena 2022R00519-D Issued to the Custodian of Records for the Office of the Attorney General of Minnesota | Case No. 26-MC-43 (PJS)<br><br>**NOTICE OF WITHDRAWAL BY GREENE ESPEL, PLLP AND REQUEST TO AMEND ORDER QUASHING SUBPOENA TO REFLECT COUNSEL OF RECORD** |

**PLEASE TAKE NOTICE** that Nicholas Scheiner, Emily M. McAdam, and Farah N. Famouri of the law firm Greene Espel PLLP withdrew as counsel for Keith Ellison on March 3, 2026. Greene Espel, PLLP ceased serving as counsel for Keith Ellison on March 3, 2026 when Surya Saxena joined Dorsey & Whitney LLP after leaving Greene Espel PLLP.

Surya Saxena and Nicole Engisch of the law firm Dorsey & Whitney LLP continue as counsel for Mr. Ellison.

In light of the unsealing of Court's order quashing grand jury subpoenas in this matter, the undersigned counsel jointly request that the Court amend the order to reflect that only Nicole Engisch and Surya Saxena of Dorsey & Whitney, LLP represent Keith Ellison in this matter, and deleting reference to Greene Espel, PLLP and its lawyers from the order.

[*Signature page to follow.*]

Respectfully submitted,

Dated: June 22, 2026

*/s/ Surya Saxena*

Surya Saxena (#0325089)
Nicole Engisch (#0215284)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
saxena.surya@dorsey.com
engisch.nicole@dorsey.com
*Attorneys for Keith Ellison*

*/s/ Nicholas Scheiner*

Nicholas Scheiner, Reg. No. 0402470
GREENE ESPEL PLLP
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
nscheiner@greeneespel.com
(612) 373-0830

*/s/ Emily M. McAdam*

Emily M. McAdam, Reg. No. 0400898
GREENE ESPEL PLLP
222 S. Ninth Street, Suite 2200
Minneapolis, MN  55402
emcadam@greeneespel.com
(612) 373-0830

*/s/ Farah N. Famouri*

Farah N. Famouri, Reg. No. 0403295
GREENE ESPEL PLLP
222 S. Ninth Street, Suite 2200
Minneapolis, MN  55402
ffamouri@greeneespel.com
(612) 373-0830

2