UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case Number: _____

IN RE GRAND JURY SUBPOENA
Subpoena # 2022R00519-A

**NOTICE OF MOTION AND
JOINT MOTION TO QUASH
GRAND JURY SUBPOENA**

**\*\*FILED UNDER SEAL\*\***

RECEIVED

FEB 02 2026

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

TO: Daniel N. Rosen, United States Attorney, 300 South 4th Street, Minneapolis, MN 55402.

## **NOTICE OF MOTION**

PLEASE TAKE NOTICE that Governor Timothy Walz, as the Officeholder of the Governor of the State of Minnesota, and the Office of the Governor of the State of Minnesota, by and through undersigned counsel, will bring the motion below for a hearing before the Honorable_____, at the United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415 on _____ (or at a date and time to be determined).

## **MOTION**

Pursuant to Fed. R. Crim. P. 17(c)(2), Governor Timothy Walz (the "Governor"), as the Officeholder of the Governor of the State of Minnesota, and the Office of the Governor of the State of Minnesota hereby move the Court for an order quashing grand jury subpoena 2022R00519-A issued by the United States Attorney's Office (the "Subpoena") for the reasons set forth the accompanying memorandum in support. In addition, the Governor and his Office ask this Court to conduct an investigation, in its

supervisory capacity over the Grand Jury, regarding the Government's violations of Federal Rule of Criminal Procedure 6(e).

The Governor and his Office request a briefing schedule for a Government response and a reply and a hearing before the Court to address the motion to quash. They have no objection to holding a joint hearing with other petitioners seeking to quash similar subpoenas.

This motion will be based upon all the files, records and proceedings herein, including the supporting memorandum of law filed contemporaneously herewith, and the arguments of counsel.

| Dated: February 2, 2026 | |
|---|---|
| FREDRIKSON & BYRON, P.A.<br><br>s/ *Joseph Dixon*<br>Joseph T. Dixon (#0283903)<br>Manda M. Sertich (#0504328)<br>Amanda M. Mills (#0397685)<br>Erik E. Money (#0401757)<br>Megan M. Helstrom (#0403441)<br>60 South Sixth Street<br>Suite 1500<br>Minneapolis, MN 55402-4400<br>(612) 492-7000<br>jdixon@fredlaw.com<br>msertich@fredlaw.com<br>amills@fredlaw.com<br>emoney@fredlaw.com<br>mhelstrom@fredlaw.com<br><br>Attorneys for Governor Tim Walz | OFFICE OF THE ATTORNEY GENERAL<br><br>s/ Liz Kramer<br>Liz Kramer, Reg. No. 0325089<br>Solicitor General<br>445 Minnesota Street, Suite 600<br>St. Paul, Minnesota 55101-2131<br>(651) 757-1010 (Voice)<br>(651) 282-5832 (Fax)<br>liz.kramer@ag.state.mn.us<br><br><br>Attorney for the Office of the Governor of Minnesota |