**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| *In re Grand Jury Subpoena 2022R00519-E to Custodian of Records for the Ramsey County Board of Commissioners* | Court File No. ___________<br><br>****FILED UNDER SEAL****<br><br>**DECLARATION OF STEVEN L. SCHLEICHER IN SUPPORT OF THE RAMSEY COUNTY BOARD OF COMMISSIONERS' MOTION TO QUASH GRAND JURY SUBPOENA NO. 2022R00519-E** |

RECEIVED
FEB 02 2026
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

I, Steven L. Schleicher, hereby declare under penalty of perjury as follows:

1. I am an attorney who represents the Ramsey County Board of Commissioners in this matter. I make this declaration based upon my own personal knowledge, and would testify to the same if called upon to do so.

2. Attached hereto as Exhibit A is a true and correct copy of Grand Jury Subpoena No. 2022R00519-E, with a date of compliance of February 3, 2022, received by Petitioner the Ramsey County Board of Commissioners on January 20, 2026.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Signed in Minneapolis, Hennepin County, Minnesota on February 2, 2026

Steven L. Schleicher