Court File No.

In re Grand Jury Subpoena 2022R00519-F to Custodian of Records for the Hennepin County Board of Commissioners

**\*\*FILED UNDER SEAL\*\***

MOTION TO QUASH GRAND JURY SUBPOENA

RECEIVED

FEB 02 2026

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Pursuant to Fed. R. Civ. P. 17(c)(2), Hennepin County and Members of the Hennepin County Board of Commissioners ("HCBC") jointly move to quash the grand jury subpoena *duces tecum* and *ad testificandum* listing U.S. Attorney's Office Case Number 2022R00519-F delivered to the movants on January 20, 2026, and directed to the "Custodian of Records" of the HCBC, which is attached to the accompanying Memorandum of Law as Exhibit A. This motion is based on the movants' contemporaneously filed joint memorandum of law, any exhibits, any arguments of counsel, and all of the files, papers, and records herein. The movants do not object to the unsealing of this matter upon reasonable notice to all parties, based either on the Court's own motion or on the motion of any other party.

## REQUEST FOR HEARING

The movants respectfully request that the Court schedule a hearing on the motion and allow the movants to reply to any written response filed by the United States. The movants do not object to consolidating this matter and the hearing with any motions to quash grand jury subpoenas filed by other parties in connection with the same grand jury

investigation.

DATED: February 2, 2026

BALLARD SPAHR LLP

Matthew Ebert (0386655)
Samantha Pauley (0505789)
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2274
(612) 371-3211 (phone)
(612) 371-3207 (fax)
ebertm@ballardspahr.com
pauleys@ballardspahr.com

*Attorneys for Members of the Hennepin*
*County Board of Commissioners*

BEN SCHWEIGERT (0391907)
Civil Division Director
ALAN A. MARTINSON (0392031)
BRITTANY MCCORMICK (0395175)
Assistant County Attorneys
300 South Sixth Street, A-1300
Minneapolis, MN 55487
(612) 348-5550
ben.schweigert@hennepin.us
alan.martinson@hennepin.us
brittany.mccormick@hennepin.us

*Attorneys for Hennepin County*