UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE GRAND JURY SUBPOENAS<br>Nos.  2022R00519-A, 2022R00519-B,<br>       2022R00519-C, 2022R00519-D,<br>       2022R00519-E, 2022R00519-F | ORDER |

The Court is in receipt of six motions to quash subpoenas issued by the Grand Jury.  The subpoenas require the appearance of witnesses and the production of documents tomorrow, February 3, 2026, at 9:00 am.

IT IS HEREBY ORDERED THAT:

1.      Enforcement of the subpoenas is STAYED pending further order of the Court.

2.      The government's responses to the motions to quash are due on or before February 26, 2026.

3.      The movants' replies are due on or before March 16, 2026.

4.      The Court will notify the parties as to a hearing date.

Dated:  February 2, 2026

/s/ Patrick J. Schiltz
Patrick J. Schiltz, Chief Judge
United States District Court