UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

)
)     Case No. ___
)
)
IN RE GRAND JURY SUBPOENA     )     MOTION
No. 2022R00519-B                         )     FOR ADMISSION
)     PRO HAC VICE
)
)
)

**RECEIVED**

FEB 0 2 2026

**Affidavit of Movant**

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

I, Andrew Mohring, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Marshall Miller, an attorney admitted to practice and currently in good standing in the U.S. District Court for Southern District of New York, but not admitted to the bar of this court, who will be co-counsel for the movant JACOB FREY in the case listed above. I am aware that the local rules of this court require that an active Minnesota resident, unless the court grants a motion for a non-Minnesota resident to serve as local counsel, who is a member in good standing of the bar of this court participate in the preparation and presentation of the case listed above, and accept service of all papers served. I am a resident of the State of Minnesota, and agree to participate in the preparation and the presentation of the case above and

1

accept service of all papers served as required by LR 83.5(d).


Date: February 2, 2026

Respectfully submitted,

GOETZ & ECKLAND P.A.

By: *s/Andrew Mohring*

Andrew Mohring (#0190731)
Banks Building
615 1st Ave NE, Suite 425
Minneapolis, MN 55413
Phone: 612-874-1552
Fax: 612-331-2473
www.goetzeckland.com

ATTORNEY FOR MOVANT

## Affidavit of Proposed Admittee

I, Marshall Miller, am currently a member in good standing of the U.S. District Court for the Southern District of New York, but am not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the moving attorney identified in this motion must participate in the preparation and presentation of the case listed above, and must accept service of all papers served as required by LR 83.5(d). I further understand that the District of Minnesota is an electronic court and that I will receive service as required by Fed. R. Civ. P. 5(b) and 77 by electronic means and I understand that electronic notice will be in lieu of service by mail.

Date: February 2, 2026

By: /s/ Marshall Miller
Marshall Miller
NY Bar No. 2977015
Hecker Fink LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: 212-763-0883
Fax: 212-564-0883
mmiller@heckerfink.com

ATTORNEY FOR MOVANT

3