RECEIVED

MAR 16 2026

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Case No.

IN RE GRAND JURY SUBPOENA
No. 2022R00519-B

**FILED UNDER SEAL**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2026, I caused the following document:

*Reply in Support of Motion to Quash Grand Jury Subpoena*

to be filed conventionally with the Clerk of Court, and I caused a copy of the foregoing document to be delivered by hand and by email to the following:

*Daniel N. Rosen, or his authorized representative*
*Office of the United States Attorney, District of Minnesota*
*300 South Fourth Street*
*Minneapolis, MN 55415*
*Daniel.Rosen@usdoj.gov*

I also caused a copy of the foregoing document to be delivered by email to the following:

*Flavio Abreu*
*Special Assistant United States Attorney*
*Flavio.De.Abreu@usdoj.gov*

Dated: March 16, 2026                  **s/ Andrew H. Mohring**
                                        Andrew H. Mohring (#0190731)