

RECEIVED

MAR 1 6 2026

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

|  |  |
|---|---|
| *In re Grand Jury Subpoena 2022R00519-E to Custodian of Records for the Ramsey County Board of Commissioners* | Court File No.<br><br>**\*\*FILED UNDER SEAL\*\***<br><br>**SECOND DECLARATION OF STEVEN L. SCHLEICHER IN SUPPORT OF THE RAMSEY COUNTY BOARD OF COMMISSIONERS' MOTION TO QUASH GRAND JURY SUBPOENA NO. 2022R00519-E** |

I, Steven L. Schleicher, hereby declare under penalty of perjury as follows:

1. I am an attorney who represents the Ramsey County Board of Commissioners in this matter. I make this declaration based upon my own personal knowledge, and would testify to the same if called upon to do so.

2. Attached hereto as Exhibit 1 is a true and correct courtesy copy of a capture of an x.com post by the account @CrimeWatchMpls dated November 14, 2025, along with the images included in the post, that was accessed using the following url: https://x.com/CrimeWatchMpls/status/1989357816688357691.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Signed in Minneapolis, Hennepin County, Minnesota on March 16, 2026

**MASLON LLP**

By: _____
Steven L. Schleicher (#0260587)
225 South Sixth Street, Suite 2900
Minneapolis, MN  55402
(612) 672-8200
Email:   steve.schleicher@maslon.com

**ATTORNEY FOR THE RAMSEY COUNTY
BOARD OF COMMISSIONERS**