# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SEALED MOTION HEARING

In re Grand Jury Subpoenas Nos. 2022R00519-A, 2022R00519-B; 2022R00519-C; 2022R00519-D, 2022R00519-E, 2022R00519-F.

**SEALED COURT MINUTES**
BEFORE: Patrick J. Schiltz
U.S. District Court Judge

Case No:
Date: April 1, 2026
Court Reporter: Janell Gruber
Tape Number:
Courthouse: Minneapolis
Courtroom: 15
Time Commenced: 8:49 a.m.
Time Concluded: 11:13 a.m.
Sealed Hearing Time: 2 hours and 24 minutes
Time in Court: 2 hours and 24 minutes

## APPEARANCES:

For the Government: First Assistant U.S. Attorney Joseph Teirab and AUSA Flavio Silveira DeAbreu.

For Governor Tim Walz: Joseph T. Dixon III (Elizabeth Kramer; Amanda M. Mills; Megan Helstrom; and Mary Fee in attendance).
For Mayor Jacob Frey: Marshall Miller (Andrew H. Mohring; Daniel L. Abelson; Heather Passe Robertson; Kaitlin Konkel; Kristyn M. Anderson; and Trisha Beth Anderson in attendance).
For Mayor Kaohly Her: Brendan Johnson (B. Todd Jones; Jake Holdreith; Alexander Hsu; and Irene Kao in attendance).
For Minnesota Attorney General Keith Ellison: Nicole Engisch (Tim Rank; Lindsey Middlecamp; John Marti; and Andrea Boeckers in attendance).
For Ramsey County Board of Commissioners: Steven L. Schleicher (Samantha Bates; Dany Berbari; Clayton Carlson; and Jada Lewis in attendance).
For Hennepin County Board of Commissioners: Matthew S. Ebert (Brittany McCormick and Samantha Pauley in attendance).

Hearing on: Motions to quash grand jury subpoenas [Docket Nos. 27; 31; 41; 47; 52; and 59].

☒ Supplemental materials may be submitted by Friday, April 10, 2026.
☒ Motions to be taken under advisement.
☒ Order to be issued.

_s/ Casey Swansson_
Courtroom Deputy___