RECEIVED

APR 0 8 2026

CLERK, U.S. DISTRICT COURT
POLIS, MINNESOTA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Case No.

| | |
|---|---|
| In re Grand Jury Subpoenas<br>2022R00519-A, 2022R00519-B,<br>2022R00519-C, 2022R00519-D,<br>2022R00519-E, 2022R00519-F | **\*\*FILED UNDER SEAL\*\***<br><br>**MOVANTS' JOINT POST-HEARING<br>MEMORANDUM** |

The Office of the Governor and Governor Tim Walz, the City of Minneapolis and
Mayor Jacob Frey, the City of St. Paul and Mayor Kaohly Her, the Office of the Minnesota
Attorney General and Attorney General Keith Ellison, the Ramsey County Board of
Commissioners ("RCBC"), and Hennepin County and the Hennepin County Board of
Commissioners (collectively, the "Movants") submit this joint post-hearing memorandum
in support of their motions to quash the above-referenced grand jury subpoenas.

## I.    Movants Do Not Object to Unsealing.

The Movants do not object to the Court unsealing this miscellaneous action, all prior
filings and orders entered on the sealed docket, any transcript of the April 1, 2026 hearing,
and the Court's forthcoming order.[1] The Movants reserve their rights as to the unsealing of
the government's anticipated submissions, as explained in more detail below. If the
government opposes unsealing or proposes redactions, the Movants respectfully request

---

[1] Movant RCBC's position is subject to the redaction of the names and personal contact
information of certain Ramsey County personnel contained in Exhibit 1 to RCBC's reply
memorandum, which RCBC seeks to have redacted for privacy and safety reasons.  A
proposed redacted exhibit is attached for the Court's consideration.

4924-1037-9679\3

the opportunity to respond. Should a response be warranted here (or with respect to any submission by the government), the Movants are prepared to respond on an expedited schedule if the Court so directs.

## II.    Movants' Position as to the Government's Additional Submissions.

The Court has ordered the government to provide the Court and Movants with additional record citations or exhibits to explain the proffered bases for the subpoenas referenced in its written response. The Movants respectfully request the opportunity to respond, if appropriate, after having an opportunity to review this submission. In particular, one or more of the Movants may raise an objection that the additional citations or exhibits are privileged and therefore should remain sealed or be redacted.

The government has further suggested that it will be providing the Court with an *in camera* and *ex parte* submission to attempt to further explain the basis for the subpoenas at the time each was issued.[2] If the government makes any new arguments or identifies any purported new evidence in its *in camera*, *ex parte* submission that it failed to raise in its written response or at the motions hearing, the Movants respectfully request the opportunity to respond if necessary to demonstrate why the Court should grant the motions to quash and "avoid a possible injustice in" this proceeding. *Douglas Oil Co. of Cal. v. Petrol Stops Nw.*, 441 U.S. 211, 222 (1979).

---

[2] As several Movants argued in their reply memoranda, the Movants note and preserve their arguments that the government has waived and/or forfeited any arguments it did not previously make in its original written memorandum.

2

4924-1037-9679\3

The Movants also reserve their rights to challenge the *in camera* and *ex parte* status of any new government submission that is not entitled to protection under Fed. R. Crim. P. 6(e) because the sealing of the submission is "not necessary to prevent the unauthorized disclosure of a matter occurring before a grand jury." Fed. R. Crim. P. 6(e)(6). For example, if the *in camera, ex parte* submission includes content that is public, information obtained independently of the grand jury, or information that does not disclose any confidential investigative strategy, Movants respectfully submit that this material should not remain *in camera* and should be disclosed to the Movants.

Respectfully and jointly submitted,

Dated: April 8, 2026

FREDRIKSON & BYRON, P.A.

/s/ Joseph Dixon

Joseph T. Dixon (#0283903)
Manda M. Sertich (#0504328)
Amanda M. Mills (#0397685)
Erik E. Money (#0401757)
Megan M. Helstrom (#0403441)
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400
(612) 492-7000
jdixon@fredlaw.com
msertich@fredlaw.com
amills@fredlaw.com
emoney@fredlaw.com
mhelstrom@fredlaw.com

*Attorneys for Governor Tim Walz*

KRISTYN ANDERSON
City Attorney

/s/ Kristyn Anderson

Kristyn Anderson (#0267752)
City Attorney
Daniel Abelson (#0327554)
Deputy City Attorney
Heather P. Robertson (#0390470)
Assistant City Attorney
Minneapolis City Attorney's Office
350 South Fifth Street
Minneapolis, MN 55415
(612) 673-3000
kristyn.anderson@minneapolismn.gov
daniel.abelson@minneapolismn.gov
heather.robertson@minneapolismn.gov

*Attorneys for Movant Office of the Mayor of Minneapolis and the City of Minneapolis*

3

4924-1037-9679\3

HECKER FINK LLP

/s/ Marshall Miller

Marshall Miller (NY Bar No. 2977015)*
Sean Hecker (NY Bar No. 3897444)*
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883
mmiller@heckerfink.com
shecker@heckerfink.com

Trisha Anderson (D.C. Bar No. 497224)*
Kaitlin Konkel (D.C. Bar No. 1021109)*
1050 K Street NW, Suite 1040
Washington, DC 20001
Telephone: (212) 763-0883
tanderson@heckerfink.com
kkonkel@heckerfink.com

*Pro hac vice

GOETZ & ECKLAND P.A.

Andrew Mohring (#0190731)
Banks Building
615 1st Avenue NE, Suite 425
Minneapolis, MN 55413
Telephone: (612) 874-1552
amohring@goetzeckland.com

*Attorneys for Movant Jacob Frey*

ROBINS KAPLAN LLP

/s/ Brendan Johnson

Brendan V. Johnson (0397902)
Timothy Billion (0395272)
Bahram Samie (0392645)
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: 612.349.8500
Facsimile: 612.339.4181
BJohnson@RobinsKaplan.com
TBillion@RobinsKaplan.com
BSamie@RobinsKaplan.com

*Attorneys for the City of Saint Paul and Mayor Kaohly Her*

4

OFFICE OF THE ATTORNEY GENERAL

/s/ Liz Kramer

Liz Kramer, Reg. No. 0325089
Solicitor General
Timothy C. Rank, Reg. No. 0245392
Assistant Attorney General
Kimberly A. Svendsen, Reg. No. 0504097
Special Counsel
445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2131
(651) 757-1010 (Voice)
liz.kramer@ag.state.mn.us
timothy.rank@ag.state.mn.us
kimberly.svendsen@ag.state.mn.us

*Attorneys for the Office of the Minnesota Attorney General*

DORSEY & WHITNEY LLP

/s/ Surya Saxena

Surya Saxena, Reg. No. 0339465
Nicole Engisch, Reg. No. 0215284
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
612-340-2600
saxena.surya@dorsey.com
engisch.nicole@dorsey.com

*Attorneys for Keith Ellison*

MASLON LLP

/s/ Steven Schleicher

Steven L. Schleicher (#0260587)
225 South Sixth Street, Suite 2900
Minneapolis, MN 55402
(612) 672-8200
steve.schleicher@maslon.com

*Attorney for the Ramsey County Board of Commissioners*

5

BALLARD SPAHR LLP

/s/ Matthew Ebert

Matthew Ebert, Reg. No. 0386655
Samantha Pauley, Reg. No. 0505789
2000 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2274
(612) 371-2418 (Voice)
ebertm@ballardspahr.com
pauleys@ballardspahr.com

*Attorneys for Members of the Hennepin County Board of Commissioners*

HENNEPIN COUNTY

/s/ Ben Schweigert

Ben Schweigert, Reg. No. 0391907
Civil Division Director
Alan A. Martinson, Reg. No. 0392031
Brittany McCormick, Reg. No. 0395175
Assistant County Attorneys
300 South Sixth Street, A-1300
Minneapolis, MN 55487
(612) 348-5550 (Voice)
ben.schweigert@hennepin.us
alan.martinson@hennepin.us
brittany.mccormick@hennepin.us

*Attorneys for Hennepin County*

6

4924-1037-9679\3