RECEIVED

APR 0 8 2026

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# EXHIBIT 1

X

Home

Explore

Notifications

Follow

Chat

Grok

Bookmarks

Creator Studio

Premium **50% off**

Profile

← **Post**

 **CrimeWatchMpls** ☑ 🅰
@CrimeWatchMpls

**Subscribe**  ⊘  ···

Ramsey County is harboring criminal illegal aliens.



distributed previously. All supervisors must review with you staff asap. Please know that CET/SMT move throughout our multiple locations however, we have most of our client contact at Metro. There are always supervisors on the premises during operational hours. All of us are here for you to handle these situations. Please reach out at anytime for us to support you.

is my cell phone. If you have not already saved, please do.

Please remember this message is not just our field offices, it is our correctional institutions as well. We are all One Ramsey County, and we acknowledge these are difficult times, with much uncertainty. These interruptions in the excellent work you all do, can and will be stressful and I highly encourage you to stay steadfast in our mission, vision, and goals. Not

and families we serve.

Thank you,

Director
Community Corrections | Health and Wellness

9:40 AM · Nov 14, 2025 · **14.9K** Views

💬 30          ⟲ 105          ♡ 294          🔖 13          ⬆

Relevant∨                                    View quotes ›

CASE 0:26-mc-00043-PJS   Doc. 53   Filed 04/08/26   Page 2 of 5

https://x.com/CrimeWatchMpls/status/1989357816688357691/photo/1

: access, place your favorites here on the favorites bar. Manage favorites now

Good evening, please be advised that we have had several ICE agents enter our waiting area at Metro and phone call attempts to Leadership within the past few days. Attached is county guidance that was distributed previously. All supervisors must review with you staff asap. Please know that CET/SMT move throughout our multiple locations however, we have most of our client contact at Metro. There are always supervisors on the premises during operational hours. All of us are here for you to handle these situations. Please reach out at anytime for us to support you.

_____ is my cell phone. If you have not already saved, please do.

Please remember this message is not just our field offices, it is our correctional institutions as well. We are all One Ramsey County, and we acknowledge these are difficult times, with much uncertainty. These interruptions in the excellent work you all do, can and will be stressful and I highly encourage you to stay steadfast in our mission, vision, and goals. Not forgetting to take care of ourselves and one another. I will ask for assisting in scheduling brown bag check-ins with anyone who wants a safe place to gather, ask

30        ⇄ 105        ♡ 294        �__ 14K

https://x.com/CrimeWatchMpls/status/1989357816688357691/photo/2

access, place your favorites here on the favorites bar. Manage favorites now

questions, and support one another.

Again, please reach out if you need, rely on the attached guidance, and continue to ensure the highest ethical standards to your work. You matter, your clients and their families matter, and nothing will get in the way of us assisting the clients, residents, and families we serve.

Thank you,



Director

Community Corrections  |  *Health and Wellness*



RAMSEY COUNTY

RamseyCountyMN.gov  |  Facebook  |  Twitter  |

LinkedIn  |  e-Updates  |  Privacy notice

 30           105           294           14K

https://x.com/CrimeWatchMpls/status/1989357816688357691/photo/3

ess, place your favorites here on the favorites bar. **Manage favorites now**

 RAMSEY COUNTY

## Action-Step Guidance for Interactions with Federal Immigration and Customs Enforcement (ICE)



**During an ICE encounter:** If an ICE agent or immigration official shows up to county-owned or leased spaces, take the following steps:

1. Remain calm.

2. Explain to the ICE agent that **you do not have authority to grant access, and you do not consent to a search.** Do not bring ICE agents or immigration officials to a non-public area. All ICE agents or immigration officials should only wait in a public lobby or outside.

3. Immediately notify the direct supervisor or onsite lead. If a point person has been designated to interact with ICE and is available, **allow that person to take over and interact with the ICE agent or immigration official.**

4. Supervisor or onsite lead will contact legal counsel immediately at ▮▮▮▮▮▮▮.

5. Supervisor or onsite lead will collect the following information from the ICE agent or immigration official to send to legal counsel:

   - Name and badge number of the ICE agent/immigration official.
   - The phone number of the agent's supervisor.
   - The purpose of the visit.
   - If the agent has any documentation to support the stated purpose of their visit. Examples may include a warrant, court order or subpoena. Make a copy of any documents provided.
   - Ask the agent if there are exigent circumstances.

6. Ask the ICE agent if they have an administrative warrant or a judicial warrant. **Do not attempt to interpret any documents provided by ICE.** Any document provided by an ICE agent needs to be reviewed and evaluated by legal counsel. **No data or document should be provided to the ICE agent, regardless of warrant or subpoena.**

7. Scan any documents provided using a Ramsey County copy/fax/scanning machine and send to Civil Division Director ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ for review and instructions on how to proceed.

8. If an ICE agent forcefully insists on accessing non-public spaces prior to contact being made with legal counsel or other appropriate Ramsey County leadership, do not interfere. County employees should promptly take written notes of all interactions with the officer.

9. After the encounter, the direct supervisor or onsite lead should promptly write and submit an incident report. Refer to the FAQ at RamseyNet.us/Immigration for a link to the online submission page and what information to include in your report.

- Do not make false statements to the ICE agent.
- Interfering with ICE could subject an employee to criminal penalties.
- Do not assist individuals in escaping or hide individuals from ICE.

- You may advise the client or patron that they have the right to remain silent; you may advise the client or patron to ask the ICE agent if they are free to go; and you may advise the client or patron they have the right to consult an attorney.

 30    105    294    14K