RECEIVED

APR 1 5 2026

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

Court File No.

In re Grand Jury Subpoena 2022R00519-F to Custodian of Records for the Hennepin County Board of Commissioners

**\*\*FILED UNDER SEAL\*\***

RESPONSE OF HENNEPIN COUNTY AND MEMBERS OF THE HENNEPIN COUNTY BOARD OF COMMISSIONERS TO DECLARATION OF FLAVIO DE ABREU

On Monday, April 13, 2026, the government notified movants, including Hennepin County and members of the Hennepin County Board of Commissioners (collectively "HCBC"), that it had submitted a Declaration of Flavio de Abreu to the Court ("Declaration") on Friday, April 10, and provided a copy of that Declaration to Movants. The Declaration referred to a "Hennepin County training that ostensibly instructed employees to stall and delay, rather than comply with ICE warrants and requests." Declaration at ¶ 4. The Declaration also attached three screenshots allegedly from the Hennepin County training. *Id.* at ¶ 5 & Exs. 1-3.

As noted in the Movants' Joint Post-Hearing Memorandum filed April 8, 2026, HCBC does not object to the Court unsealing the filings, orders, or transcript related to this action. As previewed in that Memorandum, however, HCBC does object to the unsealing of the Exhibits 1-3 attached to the Declaration, for the reasons set forth below.

1

SCANNED
APR 1 5 2026
U.S. DISTRICT COURT MPLS

First, the Exhibits establish that the presentation to County employees was prepared by an attorney in January 2025 (a year before the present subpoena was issued), as the naming convention of the PowerPoint presentation contains a date and the initials of an Assistant Hennepin County Attorney, and Exhibit 2 shows the image of that attorney. *See* Ex. A, Declaration of Alan A. Martinson. Such attorney-client communications are privileged. *See, e.g., Upjohn Co. v. United States*, 449 U.S. 383, 394 (1981) (communications between corporate counsel and employees are covered by the attorney-client privilege).

Second, the Declaration describes the Exhibits as being "images taken from open-source media," thereby implying that they are publicly available and not subject to any privilege. Declaration at ¶ 5. The government does not, however, indicate the "open-source media" from which the images were taken, and HCBC counsel has been unable to locate the images via any open sources, including an internet search. In any event, the fact that someone apparently took and shared screenshots of a training by County legal staff does not amount to a waiver of the County's privilege.

Third, as the Declaration Exhibits themselves demonstrate, the government's description of the Hennepin County training is inaccurate and, in any event, not indicative of a crime. *See* HCBC Reply Memorandum, at 5-8.

For these reasons, to the extent that the Court unseals the current proceeding or any portion thereof, Hennepin County and the members of the Hennepin County Board of Commissioners respectfully request that the Court exclude Exhibits 1-3 of the Declaration of Flavio De Abreu from unsealing.

DATED: April 15, 2026

**BALLARD SPAHR LLP**

/s/ *Matthew Ebert*
MATTHEW EBERT (0386655)
SAMANTHA PAULEY (0505789)
2000 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2274
(612) 371-2418 (phone)
ebertm@ballardspahr.com
pauleys@ballardspahr.com

*Attorneys for Members of the Hennepin County Board of Commissioners*

/s/ *Ben Schweigert*
BEN SCHWEIGERT (0391907)
Civil Division Director
ALAN A. MARTINSON (0392031)
BRITTANY MCCORMICK (0395175)
Assistant County Attorneys
300 South Sixth Street, A-1300
Minneapolis, MN 55487
(612) 348-5550
ben.schweigert@hennepin.us
alan.martinson@hennepin.us
brittany.mccormick@hennepin.us

*Attorneys for Hennepin County*