RECEIVED

APR 1 5 2026

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS. MINNESOTA

# EXHIBIT A

SCANNED

APR 1 5 2026

U.S. DISTRICT COURT MPLS

# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

|  |  |
|---|---|
| | Court File No. 25-gj-00002 |
| In re Grand Jury Subpoena 2022R00519-F to Custodian of Records for the Hennepin County Board of Commissioners | **FILED UNDER SEAL** DECLARATION OF ALAN A. MARTINSON |

I, Alan A. Martinson, declare as follows:

1.      I am an Assistant County Attorney for Hennepin County, and I represent Hennepin County in the above-captioned matter.

2.      I have reviewed the Exhibits attached to the Declaration of Flavio de Abreu ("Declaration"), which appear to be screenshots taken from a Hennepin County Attorney's Office training for county staff.

3.      As an Assistant Hennepin County Attorney, I am familiar with the document naming conventions of the Hennepin County Attorney's Office, and with many of its employees.

4.      Exhibits 1 and 2 to the Declaration show the file name of the Power Point presentation. The file name follows a standard naming convention used in the Hennepin County Attorney's Office, which includes the date of the document and the author. The file name appearing in the Exhibits indicates that the file was prepared on January 28, 2025 and has the initials "DLW." Those initials refer to a specific Assistant County Attorney in our office.

1

5.      Exhibit 2 includes images of individuals participating in the Hennepin County training at issue. One of the images is of the same attorney whose initials are on the Power Point file name (i.e., "DLW").

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 15, 2026.

/s/ Alan A. Martinson
Alan A. Martinson