UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mc-00043 PJS

RECEIVED

JUL 0 6 2026

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

IN RE: SUBPOENAS

## NOTICE OF WITHDRAWAL

Please remove the following Attorney in the above-captioned case:

<u>Remove</u>

Flavio DeAbreu

Dated: July 6, 2026

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

*s/Flavio DeAbreu*

BY:  FLAVIO DE ABREU
Attorney reg: 034414X
Flavio.abreu@usdoj.gov



SCANNED

JUL 0 6 2026

U.S. DISTRICT COURT MPLS